[No. 2990.]

## James Bowman *v.* The State.

Playing Cards in a Public Place.—Indictment, to sufficiently charge the offense of playing cards in a public place, must allege the facts which constitute the place of playing a public place, unless it be a place specifically named in the statute. See the opinion for an indictment *held* insufficient

Appeal from the County Court of Coleman. Tried below before the Hon. W. O. Read, County Judge.

The opinion sufficiently discloses the case. The penalty imposed was a fine of ten dollars.

*Coleman & Randolph,* for the appellant.

*J. H. Burts,* Assistant Attorney General, for the State.

HURT, JUDGE. This is a conviction for card playing. The charging part of the indictment is as follows: "Did then and there unlawfully play at a game with cards in a public place, to wit: In the room back of the Gilt Edge saloon.".

At a former day of this term, in the case of *Jackson* v. *The State, ante,* page 373, this court passed upon an indictment containing the same charge as that in this case, and held the same insufficient. Upon authority of that case and the following others, the indictment in this case is also held insufficient: *Shihagan* v. *The State,* 9 Texas, 430; *Alvey* v. *The State,* 26 Texas, 155; *Ellsberry* v. *The State,* 41 Texas, 158; *Millican* v. *The State,* 25 Texas, 644; *State* v. *Barnes,* 25 Texas, 654.

Because of the insufficiency of the indictment, the judgment is reversed and the prosecution dismissed.

*Reversed and dismissed.*

Opinion delivered June 21, 1884.